UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LYN BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. E. SPEARMAN, et al.,<br><br>    Defendants. | No. 2: 17-cv-2172 JAM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The undersigned has separately issued an order screening the amended complaint. In this order, the undersigned found that plaintiff stated potentially colorable claims against defendants Romero, Rodriguez, Villalobos, Mr. Fannon, Mrs. Fannon, Cruz and Vang. The undersigned ordered service of these defendants. The undersigned also found that plaintiff did not state potentially colorable claims against defendants Spearman, Crawford, Needles, Powell, Courtney and Ramirez.

For the reasons stated in the separately issued order addressing the amended complaint, the undersigned herein recommends that the claims against defendants Spearman, Crawford, Needles, Powell, Courtney and Ramirez be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that the claims against defendants Spearman, Crawford, Needles, Powell, Courtney and Ramirez be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 29, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br2172.56