UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LYN BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>M. E. SPEARMAN, et al.,<br><br>Defendants. | No. 2: 17-cv-2172 JAM KJN P<br><br><br><br>ORDER |

Pursuant to the mailbox rule, on January 12, 2018, plaintiff filed objections to the magistrate judge's order filed December 29, 2017, denying his motion for appointment of counsel. (ECF No. 26.) The court construes plaintiff's objections as a request for reconsideration.

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 29, 2017 is affirmed.

DATED: February 21, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

1