UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LYN BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. E. SPEARMAN, et al.,<br><br>    Defendants. | No. 2:17-cv-2172 JAM KJN P<br><br>ORDER |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions for appointment of counsel (ECF Nos. 39, 45, 46).

Generally, a person has no right to counsel in civil actions. See Campbell v. Burt, 141 F.3d 927, 931 (9th Cir. 1998). A court has discretion to appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1), but an appointment of counsel should only be granted under "exceptional circumstances." Agyeman v. Corrections Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, the court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

////

1

After reviewing the record, the undersigned finds that appointment of counsel is not warranted. Accordingly, plaintiff's motions for appointment of counsel are denied.

This action is set for a settlement conference before the undersigned on September 11, 2018. Plaintiff, who is no longer incarcerated, may appear at the settlement conference either in person or by phone. On or before August 1, 2018, plaintiff shall inform the court whether he intends to appear at the settlement conference in person or by phone.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for appointment of counsel (ECF Nos. 39, 45, 46) are denied;

2. On or before August 1, 2018, plaintiff shall inform the court whether he intends to appear at the September 11, 2018 settlement conference in person or by phone.

Dated: May 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br2172.ord
kc