# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS LYN BROOKS,
        Plaintiff,

vs.

No. 2:17-cv-2172 JAM KJN P

M.E. SPEARMAN, et al.,
        Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Dennis Lyn Brooks, a necessary and material witness in proceedings in this case on March 6, 2019, is confined in West Valley Detention Center, in the custody of the Sheriff of San Bernardino County; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Kendall J. Newman, to appear by **tele-conferencing** at West Valley Dentention Center on March 6, 2019, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to testify by tele-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

    3. Magistrate Judge Kendall J. Newman's courtroom deputy will arrange for the telephonic settlement conference with the West Valley Dentention Center.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Sheriff of San Bernardino County, 655 East Third Street, San Bernardino, California 92415-0061:

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by **tele-conferencing**, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 13, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

broo2172.841